## JUAN MALDONADO *v.* COMMISSIONER OF CORRECTION
## (AC 23926)

Foti, West and Dupont, Js.

Argued December 8—officially released December 30, 2003

Per Curiam. The judgment is affirmed.

## CITY OF BRISTOL *v.* RICHARD R. MUNN ET AL.
## (AC 23871)

Schaller, DiPentima and Berdon, Js.

Argued December 1—officially released December 30, 2003

Per Curiam. The judgment is affirmed.

## CITY OF BRISTOL *v.* DAVID FIERSTON
## (AC 23872)

Schaller, DiPentima and Berdon, Js.

Argued December 1—officially released December 30, 2003

Per Curiam. The judgment is affirmed.